# Gary L. Cutler, P.C.

Attorney-At-Law
3 Columbus Circle
New York, NY  10019

Tel:  (212) 227-4358
Cell:  (917) 628-9062
Email:  garycutlerlaw@gmail.com

June 1, 2026

**By:  CM/ECF**

Chief Judge Margo K. Brodie
United States District Court for the
Eastern District of New York
Courtroom 6F
225 Cadman Plaza East
Brooklyn, NY  11201

Re:  <u>**U.S.A. v. Joseph Cutaia, 1:24-CR-00501 (MKB) – Motion To File Under Seal**</u>

Dear Judge Brodie:

I represent Mr. Joseph Cutaia in the above-referenced case.  Yesterday, I filed under seal Mr. Cutaia's Sentencing Memorandum.  The letter was filed under seal due to the presence of Mr. Cutaia's confidential medical information in the Sentencing Memorandum.  In particular, pages 3, 4 and 5 of the Sentencing Memorandum discuss his medical condition and Exhibits D through G are taken from his non-public medical record.

Respectfully submitted,

Gary L. Cutler, P.C.

By:    s/  Gary L. Cutler
       Gary L. Cutler

cc:    AUSA Devon Lash
       AUSA Emily J. Dean